HAZEL G. ISRAEL, Respondent, v. LOUIS ISRAEL, Appellant.— Order modified so as to provide that the alimony be reduced to $40 a week from the date of the commencement of the action, and that the counsel fee be reduced to $500, and as so modified affirmed, without costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Hagarty, J., dissents and votes to affirm.

In the Matter of the Application of E. J. W. REALTY CORPORATION, Respondent, for a Peremptory Mandamus Order against JOHN J. DORMAN, as Fire Commissioner of the City of New York, Appellant.— Alternative mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (Matter of Greene v. Dorman, 229 App. Div. 743.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of ADAM KAWALAUSKAS and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and RUBEL COAL AND ICE CORPORATION, Intervenor, Respondent.— Order confirming determination of the board of standards and appeals and dismissing certiorari order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Transfer Tax upon the Estate of MATILDA SUSSMAN, Deceased. CHARLES H. GEORGE and SAMUEL APFELBAUM, as Executors, etc., of MATILDA SUSSMAN, Deceased, Appellants; STATE TAX COMMISSION, Respondent.— Order of the Surrogate's Court of Kings county, affirming the amended order fixing a tax, entered October 1, 1930, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JUNIUS CONSTRUCTION CORPORATION, Appellant, v. BESSIE COHEN, Individually and as Executrix, etc., of DAVID COHEN, Deceased, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the trial court erred in failing to permit appellant's proposed proof of changed conditions. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur. Settle order on notice.